**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO. 8:10-cv-01784-JDW-TBM

BENJAMIN DAKER and BARBARA S. DAKER,

        Plaintiffs,

vs.

BRAD STEUBE, as Sheriff of Manatee County, Florida, et al.,

        Defendants.
_____/

**PLAINTIFFS' MOTION FOR LEAVE TO BRING**
**ELECTRONIC DEVICES INTO THE COURTROOM**

        Plaintiffs, through counsel, and pursuant to Local Rule 4.11(b), hereby respectfully request that this Honorable Court allow his counsel to bring electronic devices into the Courtroom. As grounds in support, Plaintiffs state:

        1.      This case involves evidence from a prior state court criminal case. Much of this evidence is contained and indexed on Counsel's computers. The use of the computers will facilitate Counsel's ability to try the case in an organized fashion.

        2.      Plaintiffs seek permission to enter the Courthouse with the following computers:

            a. Hewlett Packard (HP) 6530b, serial number X15-53895, with power cord; and

    b. Dell Studio XP 1645, serial number DHBTYL1, with power cord.

3. Defendant does not object to the requested relief.

WHEREFORE, Plaintiffs request that this Honorable Court allow counsel to bring electronic devices into the courtroom for the purpose of trial.

    Respectfully submitted,


    */s/ Andrea Flynn Mogensen*
    Law Office of Andrea Flynn Mogensen, P.A.
    Counsel for Plaintiffs
    200 South Washington Blvd., Suite 5
    Sarasota, Florida 34236
    Telephone (941) 955-1066
    Fla. Bar No. 0549681
    E-mail: amogensen@sunshinelitigation.com


    */s/ Luke Charles Lirot*
    LUKE LIROT, Esq.
    Co-counsel for Plaintiffs
    LUKE CHARLES LIROT, P.A.
    Florida Bar No. 714836
    2240 Belleair Rd., Suite 190
    Clearwater, FL 33764
    727-536-2100 Telephone
    727-536-2110 Facsimile
    luke2@lirotlaw.com