UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BENJAMIN DAKER and
BARBARA S. DAKER,

        Plaintiffs,

vs.                                              CASE NO: 8:10-CV-1784-T-27TBM

BRAD STEUBE, as Sheriff of Manatee
County, Florida; et al.,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the Defendant's Motion for Leave to Use Electronic Equipment During Trial (Dkt. 55) as an exception to the Local Rules of this Court. The motion is **GRANTED in part and DENIED in part**[1] as follows:

1. Person(s) Allowed to Bring in Devices:     Bruce W. Jolly, Esq.

2. Type of Device(s) Allowed:     (2) laptop computers

3. Dates Device(s) Allowed:     1/30/12 - 2/3/12

The person(s) authorized by this Order shall present a copy of this Order to security personnel each time that person enters the courthouse with such equipment. In their discretion, courthouse security personnel may require the authorized person to present picture identification at the time of entry. The equipment described above is subject to inspection at any time by courthouse security personnel.

**DONE AND ORDERED** in Tampa, Florida this 19th day of January, 2012.

                                                               JAMES D. WHITTEMORE
                                                               United States District Judge

Copies to:
Counsel of Record
U.S. Marshal/Court Security-Front Desk

---

[1] The request to bring in a printer for use during trial is DENIED.